Case No. 16-15726-C

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

CAMBRIDGE UNIVERSITY PRESS, et al.,

*Appellants-Plaintiffs*,

v.

J.L. ALBERT, et al.,

*Appellees-Defendants*.

*Appeal from the United States District Court
For The Northern District Of Georgia*

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' INITIAL BRIEF

Edward B. Krugman
Georgia Bar No. 429927
John H. Rains IV
Georgia Bar No. 556052
BONDURANT, MIXSON & ELMORE, LLP
1201 W. Peachtree Street NW, Suite 3900
Atlanta, GA 30309
Phone: (404) 881-4100
Facsimile: (404) 881-4111

*Counsel for Appellants-Plaintiffs*                              September 20, 2016

1479133.1

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The following trial judges, attorneys, persons, associations of persons, firms, partnerships, and corporations are known to have an interest in the outcome of this case or appeal:

- Albert, J.L.

- Alford, C. Dean

- Askew, Anthony B., counsel for Appellees

- Association of American Publishers

- Baker Hostetler, counsel for Appellees

- Banks, W. Wright, Jr., counsel for Appellees

- Bates, Mary Katherine, counsel for Appellees

- Becker, Mark P.

- Bernard, Kenneth R., Jr.

- Bishop, James A.

- Bloom, Jonathan, counsel for Appellants

- The Board of Regents of the University System of Georgia

- Bondurant, Mixson & Elmore, LLP, counsel for Appellants

- Cambridge University Press

- Carter, Hugh A., Jr.

- Cleveland, William H.
- Copyright Clearance Center
- Cooper, Frederick E.
- Ellis, Larry R.
- Eskow, Lisa R., counsel for Appellants
- Evans, Hon. Orinda D., United States District Judge
- Gentry, Robin L., counsel for Appellees
- Georgia State University
- Griffin, Rutledge A., Jr.
- Harbin, John Weldon, counsel for Appellees
- Hatcher, Robert F.
- Henry, Ronald
- Hopkins, C. Thomas, Jr.
- Hurt, Charlene
- Jennings, W. Mansfield, Jr.
- Jolly, James R.
- King & Spalding, LLP, counsel for Appellees
- Krugman, Edward B., counsel for Appellants
- Larson, Todd D., counsel for Appellants
- Leebern, Donald M., Jr.

- Lerer, R.O., retired counsel for Appellees

- Levie, Walter Hill, III, counsel for Appellees

- Lynn, Kristen A., counsel for Appellees

- McMillan, Eldridge

- Meunier Carlin & Curfman, LLC

- Miller, Richard William, counsel for Appellees

- Moffit, Natasha Horne, counsel for Appellees

- NeSmith, William, Jr.

- Olens, Samuel S., counsel for Appellees

- Oxford University Press, Inc.

- Oxford University Press, LLC

- Oxford University Press USA

- Palm, Risa

- Patton, Carl. V.

- Pavento, Lisa, counsel for Appellees

- Poitevint, Doreen Stiles

- Potts, Willis J., Jr.

- Pruitt, Neil L., Jr.

- Quicker, Katrina M., counsel for Appellees

- Rains, John H., IV, counsel for Appellants

1479133.1

- Rich, R. Bruce, counsel for Appellants

- Rodwell, Wanda Yancey

- SAGE Publications, Inc.

- Seamans, Nancy

- Schaetzel, Stephen M., counsel for Appellees

- Singer, Randi W, counsel for Appellants

- State of Georgia

- Stelling, Kessel, Jr.

- Tarbutton, Benjamin J., III

- Tucker, Richard L.

- The Chancellor, Masters and Scholars of the University of Oxford

- Walker, Larry

- Weil Gotshal & Manges, LLP, counsel for Appellants

- Whiting-Pack, Denise E., counsel for Appellees

- Wilheit, Philip A., Sr.

- Vigil, Allan

- Volkert, Mary Josephine Leddy, counsel for Appellees

Appellants filed their notice of appeal from the district court's final order and judgment on August 26, 2016. Under this Court's rules, their initial brief is due on October 5, 2016.

Appellants request an extension of forty-four days to file their initial brief, so it will be due on November 18, 2016. This extension is requested in view of the complex set of issues involving application of the fair use doctrine of copyright law involved in this case, the lengthy bench trial, extensive pre-trial proceedings and the district court's lengthy opinions below (including one of 220 pages in length), the prior proceedings before this Court that resulted in a fifty-nine page published opinion, and the responsibilities and the schedules of the various counsel in these appeals. The instant motion is a first request for an extension of time for this brief and is filed more than seven days in advance of the due date for Appellants' brief. Counsel for Appellees consent to this extension.

It is submitted that the foregoing presents good cause for the requested extension in accordance with 11th Cir. R. 31-2. Accordingly, Appellants submit that good cause has been shown for the requested extension and they request that the extension be granted.

1479133.1

1

Respectfully submitted this 20th day of September, 2016,

**BONDURANT, MIXSON & ELMORE, LLP**

*/s/John H. Rains IV*
Edward B. Krugman
*krugman@bmelaw.com*
Georgia Bar No. 429927
John H. Rains IV
*rains@bmelaw.com*
Georgia Bar No. 556052
**BONDURANT, MIXSON & ELMORE, LLP**
1201 W.Peachtree Street NW, Ste 3900
Atlanta, Georgia  30309
Phone: (404) 881-4100
Facsimile: (404) 881-4111

R. Bruce Rich
*Bruce.rich@weil.com*
Jonathan Bloom
*Jonathan.bloom@weil.com*
Randi W. Singer
*Randi.singer@weil.com*
Todd D. Larson
*Todd.larson@weil.com*
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York  10153
Phone:  (212) 310-8000
Facsimile:  (212) 310-8007

1479133.1

2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 20th day of September, 2016, I have electronically filed the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' INITIAL BRIEF** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Natasha H. Moffitt, Esq.
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia  30309

Katrina M. Quicker, Esq.
BAKER HOSTETLER
1170 Peachtree Street NE
Suite 2400
Atlanta, Georgia  30309

John W. Harbin, Esq.
Anthony B. Askew, Esq.
Stephen M. Schaetzel, Esq.
Lisa Pavento, Esq.
Mary Katherine Bates, Esq.
W. Wright Banks, Jr., Esq.
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE
Atlanta, Georgia  30309

Mary Jo Volkert, Esq.
Assistant State Attorney General
40 Capitol Square
Atlanta, Georgia 30334

                        */s/John H. Rains IV*
                        John H. Rains IV